■ In the Matter of PATRICIA A. and Others, Infants. NORMAN A. et al., Appellants; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [33 NYS3d 712]—Order, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about April 28, 2015, which denied respondent parents' motion to change the subject children's permanency goal from adoption to reunification, unanimously affirmed, without costs.

The appeal is not moot (see Matter of Jacelyn TT. [Tonia

*TT.—Carlton TT.]*, 80 AD3d 1119, 1120 [3d Dept 2011]). In the order on appeal, Family Court properly denied respondents' motion, because a preponderance of the evidence in the record supported the determination that the permanency goal of adoption was in the children's best interest (*id.* at 1120-1121; *see also Matter of Cristella B.*, 65 AD3d 1037, 1039 [2d Dept 2009]).

We have considered respondents' remaining contentions and find them unavailing. Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Webber, JJ.